NO. PD-0853-15

| | | |
|---|---|---|
| CASEY TILLISON | § | IN THE |
| (Appellate/Petitioner) | | |
| V. | § | COURT OF CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | OF TEXAS AT AUSTIN |
| (Appellee/Respondent) | | |

MOTION TO SUSPEND T.R.A.P. RULE 9.3

NUMBER OF COPIES

TO THE HONORABLE JUDGE(S) OF SAID COURT:

COMES NOW, Casey Tillison , pro se, and files this Motion to suspend Rule 9.3, Number of Copies, and in support of this would show the following:

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

I.

Appellant/Petitioner is a prisoner in the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. This motion and the Petition for Discretionary Review are filed pro se. As a prisoner there is no access to a copier. Therefore Appellant/ Petitioner has no way to create the number of copies required by rule 9.3 and therefore humbly requests that this Honorable Court suspend Rule 9.3 number of copies and accept the Petition for Discretionary Review as on original copy.

FILED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

Respectfully submitted

This 30 day of Sept ,2015

BY:

Casey Tillison

## CERTIFICATE OF SERVICE

The Petitioner hereby certifies that a true and correct copy of the foregoing Motion to Suspend Rule 9.3 has been mailed U.S.mail, postage pre-paid, to the District Attorney, Appellate Division, Ellis County Courthouse, 109 S.Jackson St., Waxahachie, TX 75165 and to the State prosecuting Attorney, Lisa McMinn, P.O. Box 12405, Capital Station, Austin, TX 78711, on this ___30___ day of ___Sept___,2015.

_Casey Tillison_     1973717
Casey Tillison